DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABINA O'SULLIVAN,**
Appellant,

v.

**GOREN, CHEROF, DOODY & EZROL, P.A.,**
Appellee.

No. 4D2023-2361

[May 23, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE-23-016791.

Abina O'Sullivan, Lighthouse Point, pro se.

Brian J. Sherman and Michael D. Cirullo, Jr. of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*